Vanessa R. Waldref
United States Attorney
Eastern District of Washington
Patrick J. Cashman
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUN 0 6 2023

SEAN F. McAVOY, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>REILY WILLIAM ARAMBUL,<br><br>Defendant. | 2:23-CR-66-MKD<br><br>INDICTMENT<br><br>Vio: 18 U.S.C. §§ 922(g)(1), 924(a)(8)<br>Felon in Possession of a Firearm<br><br>18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c)<br>Forfeiture Allegations |

The Grand Jury charges:

Between on or about May 9, 2023, and May 10, 2023, in the Eastern District of Washington, the Defendant, REILY WILLIAM ARAMBUL, knowing of his status as a person previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting commerce, a firearm, to wit: a Hi-Point, Model CF380, .380 caliber, semi-automatic pistol, bearing serial number P8175268, which firearm had theretofore been transported in interstate and foreign commerce, in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(8).

INDICTMENT – 1

NOTICE OF CRIMINAL FORFEITURE ALLEGATIONS

The allegations contained in this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), upon conviction of an offense in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(8), as set forth in this Indictment, Defendant, REILY WILLIAM ARAMBUL, shall forfeit to the United States of America, any firearms and ammunition involved or used in the commission of the offense, including, but not limited to:

- a Hi-Point, Model CF380, .380 caliber, semi-automatic pistol, bearing serial number P8175268.

DATED this 6 day of June, 2023.

A TRUE BILL

Vanessa Waldref
Vanessa R. Waldref
United States Attorney

Patrick J. Cashman
Assistant United States Attorney

INDICTMENT – 2