FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 06, 2023

SEAN F. McAVOY, CLERK

## CHARGES AND PENALTIES

**CASE NAME:** REILY WILLIAM ARAMBUL  **CASE NO.** 2:23-CR-66-MKD-1

TOTAL # OF COUNTS: 1   ✓ FELONY   ☐ MISDEMEANOR   ☐ PETTY OFFENSE

| Count | Statute | Description of Offense | Penalty |
|---|---|---|---|
| 1 | 18 U.S.C. §§ 922(g)(1), 924(a)(8) | Felon in Possession of a Firearm | CAG not more than 15 years; a fine not to exceed $250,000; not more than 3 years supervised release; and a $100 special penalty assessment |
|  | 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c) | Forfeiture Allegations |  |