# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | Case No. 2:23-CR-0066-MKD-1 |
|---|---|
| Plaintiff, | **CRIMINAL MINUTES** |
| vs. | DATE: 1/10/2024 |
| REILY WILLIAM ARAMBUL, | LOCATION: Spokane |
| Defendant. | IN COURT HEARING |

**JUDGE MARY K DIMKE**

| Linda Hansen, Spokane<br>Cora Vargas, Richland | LC 02 | | Allison Anderson |
|---|---|---|---|
| **Courtroom Deputy** | **Law Clerk** | **Interpreter** | **Court Reporter** |
| Patrick Cashman | | Ryan M Farrell | |
| **Government Counsel** | | **Defense Counsel** | |

[ X ] Open Court          [ X ] Probation: Jennifer Frieling

Defendant is present with counsel and in custody of the US Marshal.

The Court addressed the parties regarding conduct of the Defendant that occurred in the jail yesterday which led him to be taken to the hospital. The Court will not proceed to sentencing today due to potential drug use by the Defendant and until further investigation has been made into the incident.

The Court reset the sentencing hearing to **1/31/2024 at 11:30 a.m. in Spokane.**

The Court confirmed that there are no friends and/or family members that would like to address the Court today due to the continuance.

The Court directed USPO Frieling to file an updated PSIR once the additional information has been collected. The parties may respond by **1/24/2024**.

Defendant is remanded to the custody of the US Marshal.

| CONVENED: 1:45 PM | ADJOURNED: 1:50 PM | TIME: 5 MINS | [ X ] ORDER FORTHCOMING |
|---|---|---|---|